```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
DIGIMEDIA TECH, LLC,                                     :
                                                         :
                        Plaintiff,                       :
                                                         :      20-cv-07573 (VSB)
            -against-                                    :
                                                         :           ORDER
ELITE BRANDS INC.,                                       :
                                                         :
                        Defendant.                       :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/2020

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 11, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge